IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3-13-MJ-706-BH |
| | § | |
| WAYNE JOSEPH SWEENEY | § | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **WAYNE JOSEPH SWEENEY**, pursuant to 18 U.S.C. §3142(e) and (f).

1. Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

   _____ Crime of violence (18 U.S.C. §3156);

   _____ Maximum sentence life imprisonment or death

   _____ 10 + year drug offense

   _____ Felony, with two prior convictions in above categories

   \_\_\_X\_\_\_ Serious risk defendant will flee

   _____ Serious risk obstruction of justice

   _____ Felony involving a minor victim

   _____ Felony involving a firearm, destructive device, or any other dangerous weapon

   _____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__  Defendant's appearance as required

    _____  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    _____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

DATED this 18TH day of OCTOBER, 2013.

        Respectfully submitted,

        SARAH R. SALDAÑA
        UNITED STATES ATTORNEY

        _____
        George Leal
        Assistant United States Attorney
        Northern District of Texas
        Texas State Bar No. 00794150
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone: 214.659.8708
        Fax: 214.659.8803
        E-mail:   George.Leal@usdoj.gov