IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. |
| | § | |
| WAYNE JOSEPH SWEENEY | § | |

3-13CR-446-B

INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Distribute a Controlled Substance Analogue
[Violation of 21 U.S.C. § 846]

Beginning in or about September 1, 2012, the exact day unknown, and continuing through on or about October 15, 2013, in the Northern District of Texas and elsewhere, **Wayne Joseph Sweeney** did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to commit certain offenses against the United States, to-wit: to possess with the intent to distribute and to distribute a quantity of a mixture or substance containing detectable amounts of synthetic cannabinoids, including substances containing controlled substance analogues PB-22 and 5F-PB-22, all of which at the time of distribution were Schedule I controlled substance analogues as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

<u>Forfeiture Notice</u>
[21 U.S.C. § 853(a)]

Upon conviction for the offense alleged in Count One of this indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Wayne Joseph Sweeney**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of the offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

A TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
George Leal
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 00794150
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8714
Facsimile:  214-659-8803
E-mail:     George.Leal@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

VS.

WAYNE JOSEPH SWEENEY

INDICTMENT

21 U.S.C. § 846
Conspiracy to Distribute a Controlled Substance Analogue

(1 Count)

21 U.S.C. § 853(a)
Forfeiture

A true bill rendered:

FORT WORTH                                              FOREPERSON

Filed in open court this 13th day of November, A.D. 2013.

NO arrest warrant to issue, defendant currently in Federal Custody at Seagoville

U.S. MAGISTRATE COURT JUDGE

(Magistrate Court Number: 3:13-MJ-706-BH, 3:13-MJ-737-BK and 3:13-MJ-761-BN)