IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:13-CR-00446 |
| | § | |
| WAYNE JOSEPH SWEENEY | § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now LARRY FINSTROM, Attorney for Defendant, WAYNE JOSEPH SWEENEY, in the above styled and numbered Cause and respectfully requests that the court continue the trial setting which is presently set for January 13, 2014, for the following reasons:

I.

Defendant, WAYNE JOSEPH SWEENEY's current setting is January 13, 2014.

Counsel has received discovery as late as last week and still has 4 boxes of documents in possession of the government to review. Counsel needs additional

Motion For Continuance - Page 1

time to review discovery. Counsel requests the case be be reset to allow time to review discovery and determine how to proceed.

II.

The Defendant WAYNE JOSEPH SWEENEY pursuant to the provisions of **18 U.S.C. §3161** has consulted with his attorney of record concerning the provisions of the Federal Speedy Trial Act and is aware of the consequences of waiving his right to discharge under that Act, and wishes to waive his rights to discharge under that Act, so that his attorney may properly prepare his defense consistent with the requirements of the Sixth and Fourteenth Amendments of the United States Constitution.

III.

This continuance is not sought for delay only, but that justice may be done.

WHEREFORE, Defendant requests that the above entitled and numbered

Cause be removed from its present trial setting, and reset to another date.

Respectfully submitted

_____
LARRY FINSTROM
SBN 07038400
Attorney At Law
1201 Elm - Suite 2510
Dallas, Texas 75270
Tel: 214/748-5855
Fax: 214/748-8379
Email - lfinstrom@att.net

## CERTIFICATE OF CONFERENCE

On December 11, 2013, Assistant United States Attorney George Leal electronically confirmed he is not opposed to the Motion of Continuance on the above case.

_____
Larry Finstrom

## CERTIFICATE OF SERVICE

On December 13, 2013, a true and correct copy of the foregoing Motion was forwarded to George Leal.

_____
Larry Finstrom

Motion For Continuance - Page 3

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 3:13-CR-00446 |
| § | |
| WAYNE JOSEPH SWEENEY § | |

## ORDER - MOTION FOR CONTINUANCE

The Court having considered the Defendant's Motion For Continuance

I hereby   (Grant)   (Deny)   the request.


Jane J. Boyle
United States District Judge

Motion For Continuance - Page 4