IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:13-CR-446-B |
| | § | |
| WAYNE JOSEPH SWEENEY | § | |

GOVERNMENT'S BILL OF PARTICULARS CONCERNING
CRIMINAL FORFEITURE

The United States of America (the government) notified the defendant, **Wayne Joseph Sweeney**, through the Indictment in this case that the government seeks to forfeit property from him if he is convicted of the offense alleged in Count One.  In addition to the property already listed, the government seeks to forfeit the following:

a. A 2013 Cadillac CTS Vehicle Identification Number 1G6DV1EP9D0159588

b. Approximately $299,781.00 in United States Currency seized during a traffic stop by the Texas Department of Public Safety

c. Approximately $114,209.84 in United States Currency seized from Hostile Pipes

d. Approximately $14,000 in United States Currency

e. Approximately $182,309.29 in United States Currency seized from Comerica bank account ending in numbers 4103

f. Approximately $2,520.15 in United States Currency seized from Comerica bank account ending in numbers 4145

g. Approximately $475.00 in United States Currency seized from Comerica bank account ending in numbers 6977

**Government's Bill of Particulars Concerning Criminal Forfeiture – Page 1 of 3**

h. Approximately $13,040.43 in United States Currency seized from Comerica bank account ending in numbers 4095

i. Approximately $7,709.53 in United States Currency seized from Comerica bank account ending in numbers 6993

j. Approximately $203,170.24 in United States Currency seized from North Dallas Bank and Trust Account ending in numbers 4225

k. Approximately $50,000.00 in United States Currency seized from Dallas Bank and Trust Account ending in numbers 1283845

l. A Rolex Watch with an approximate value of $28,900 in U.S. Currency

m. A Gents 14K Concord Watch with an approximate value of $1100 in U.S. Currency

n. A 1970 Pontiac two door vehicle identification number 226870L108197

o. A 1969 Pontiac GTO vehicle identification number 242379Z111117

p. A 1968 Pontiac GTO vehicle identification number 242378P184569

q. A 1963 Chevrolet Impala vehicle identification number  31867J180167

r. All funds credited to HSBC Mexico bank account ending in numbers 6142 with an approximate value $3,150,000 in United States Currency more or less.

s. The real property located at 6023 Blue Mist Lane, Dallas, Texas

t. Real or personal property located in the Republic of Mexico

u. Approximately $13,978.83 in United States Currency seized from Comerica Bank Account ending in numbers 8036

v. Approximately $8184.53 in United States Currency seized from Comerica Bank Accounts ending in numbers 6993 and 6977

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ George Leal*
George Leal
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 00794150
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8714
E-mail: George.Leal@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on January 2, 2014, I electronically filed this document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing ("ECF") system. The ECF system will send a "Notice of Electronic Filing" to all parties/counsel for record who have consented in writing to accept the Notice as service of this document by electronic means.

*/s/ George Leal*
Assistant United States Attorney