**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

Case 3:13-cr-00446-P   Document 32   Filed 03/21/14   Page 1 of 3   PageID 137

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF United States of America | COURT CASE NUMBER 3:13-CR-446-B *JDLS/lmb* |
|---|---|
| DEFENDANT Wayne Joseph Sweeney | TYPE OF PROCESS Notice of Lis Pendens |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dallas County Clerk      Attn:  Real Property Records      Phone (214) 653-7099

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Records Building, 509 Main Street, 2nd Floor, Suite 200, Dallas, Texas  75202

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| John J. de la Garza, III<br>Assistant United States Attorney<br>1100 Commerce Street, Room 300<br>Dallas, Texas  75242 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

*(handwritten marginalia: 2014 MAR 21  PM 1:55  DEPUTY CLERK  CLERK US DISTRICT COURT NORTHERN DIST. OF TX  FILED)*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                  Fold

13-DEA-
File the Notice of Lis Pendens [regarding the real property located at 6023 Blue Mist, Dallas, Texas] with the
Dallas County Clerk, Attn:  Real Property Records.

| Signature of Attorney other Originator requesting service on behalf of: AUSA John J de la Garza III by JJH | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER 214.659.8682 | DATE 3/11/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 077 | District to Serve No. 077 | Signature of Authorized USMS Deputy or Clerk Linda M. Blake | Date 3/11/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 3/20/14  Time 8:06  ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy Linda M. Blake |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $0 | $0 | $65.00 | $0 | $65.00  $0.00 |

REMARKS:  *Filed electronically on 3-20-14 with Dallas County Clerk.*

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**ELECTRONICALLY RECORDED  201400066133**
**03/20/2014 08:06:29 AM LP  1/2**

STATE OF TEXAS

NOTICE OF LIS PENDENS

COUNTY OF DALLAS

NOTICE is hereby given that a Bill of Particulars was filed on January 02, 2014, in the

United States District Court for the Northern District of Texas, Dallas Division, in

Criminal No. 3:13-CR-446-B, *United States of America v. Wayne Joseph Sweeney* in

which the United States is seeking, among criminal penalties, the forfeiture of real

property located at 6023 Blue Mist, Dallas, Texas, more specifically described as:

> Lot 1 Block B/8194 of Prestonwood No. 16, an addition to the City
> of Dallas, Dallas County, Texas according to the plat thereof
> recorded in Volume 77152, Page 2167, Map Records, Dallas County
> Texas

The record owner of the real estate is Sherry Thomas Company.

WITNESS my hand, this ___7th___ day of March 2014.

UNITED STATES OF AMERICA

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

JOHN J. DE LA GARZA
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 00796455
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214.659.8600
Facsimile:   214.659.8803
E-mail:      john.delagarza@usdoj.gov

Notice of Lis Pendens (6023 Blue Mist, Dallas County, Texas) - Page 1

STATE OF TEXAS §
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared John J. de la Garza III, personally known to me to be the person whose name is subscribed to the foregoing instrument of writing, and acknowledged to me that he executed the said instrument in the capacity stated and for the purpose and consideration therein expressed.

GIVEN under my hand and seal of office this ___10___ day of March 2014



Notary Public, State of Texas

GLENDINE HUDDLESTON
My Commission Expires
October 15, 2014

RETURN RECORDED DOCUMENT TO:
UNITED STATES MARSHALS SERVICE
1100 COMMERCE STREET, 1657
DALLAS, TEXAS 75242

**Filed and Recorded**
**Official Public Records**
**John F. Warren, County Clerk**
**Dallas County, TEXAS**
**03/20/2014 08:06:29 AM**
**$30.00**
**201400066133**



Notice of Lis Pendens (6023 Blue Mist, Dallas County, Texas) - Page 2