UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242



JANE J. BOYLE
District Judge                                                                                                          214/753-2740

September 16, 2014

Glenda Richardson, Division Manager
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:   USA v. WAYNE JOSEPH SWEENEY
            CRIMINAL NO. 3:13-CR-446-B

Dear Ms. Richardson:

    I hereby recuse myself from the above styled and numbered cause pursuant to the provisions of 28 USC § 455.  Please reassign this case to another judge.

                                                   Sincerely,

                                                   Jane J. Boyle