IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CASE NO. 3-13-CR00446-1 |
| WAYNE JOSEPH SWEENEY | |

**MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Movants, Larry Finstrom and Carl Day, attorneys for Wayne Joseph Sweeney, Defendant in the above entitled and numbered cause, and moves the court to enter an order permitting Movants to withdraw as counsel of record in this cause, and in support of such motion shows:

Movants was retained to represent the above defendant in the above entitled and numbered cause and has done so faithfully to date. Defendant and Movants have irreconcilable differences, and Movants feels that he is unable to properly represent Defendant for this reason. There is sufficient time for new counsel to prepare for appeal, and no injustice or prejudice will be caused by the withdrawal of Movants. There is sufficient time for defendant to retain other counsel.

WHEREFORE, Movants prays the court grant this motion in order that Larry Finstrom be released as counsel of record in this cause.

Respectfully submitted,

_____
LARRY FINSTROM
SBN 07038400
Attorney At Law
1201 Elm, Suite 2510
Dallas, Texas 75270
Phone: 214-748-5855
Fax: 214-748-8379
Email: lfinstrom@att.net

_____
WAYNE JOSEPH SWEENEY
Defendant

## **CERTIFICATE**

A copy of the foregoing Motion to Withdraw has been hand delivered to the District Attorney of Dallas County, on this the \_\_\_9\_\_\_\_\_ day of January 2015.

_____    _____
Larry Finstrom                                              Carl Day
Movant                                                          Movant

**Motion To Withdraw As Counsel**                                                                                    Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CASE NO. 3-13-CR00446-1 |
| WAYNE JOSEPH SWEENEY | |

**O R D E R**

On this the _____ day of January, 2015, came to be heard the Motion of Larry Finstrom and Carl Day for Motion to Withdraw as Counsel for Defendant, Wayne Joseph Sweeney, and it appears to the court that this motion should be

  [granted]        [denied].

_____
Judge Presiding