READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| United State District Court, Northern District, Texas, Dallas Division | 3:13-CR-446-P-1 |

| Short Case Title | USA v. Sweeney | Court Reporter | Linda Langford |
|---|---|---|---|
| Date Notice of Appeal Filed by Clerk of District Court | 12-23-2014 | Court of Appeals # | 14-11368 (If Available) |

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- [ ] hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [x] This is to order a transcript of the following proceedings: (check appropriate box)

Voir dire  ;  Opening statement of plaintiff  ;  defendant  ;  [ ]
Closing argument of plaintiff  ;  defendant  ;  Opinion of court  ;  [ ]
Jury instructions  ;  Sentencing  ;  [ ] hearing  ;  [ ]

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 2/18/2014 | Rearraignment | Ramirez, Mag. Judge |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be: [ ]

- [ ] Private funds;
- [x] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;
- [ ] Advance Payment waived by reporter;
- [ ] U.S. Government Funds;
- [ ] Other

| Signature | /s/ Lydia M. V. Brandt | Date Transcript Ordered | 2/10/2015 |
|---|---|---|---|
| Print Name | Lydia M. V. Brandt | Counsel for | Sweeney |
| Address | P.O. Box 850843, Richardson, TX 75085-0843 | Phone Number | +1 (972) 699-7020 |

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.   COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received  [ ] Unable to contact ordering party  [ ] Other (Specify) _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____

*** Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

| Actual Number of Pages | Actual Number of Volumes |
|---|---|

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96) modified 01/05 WDTX

## United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 04, 2015

Ms. Linda Robbins Langford  
U.S. District Court, Northern District of Texas  
1100 Commerce Street  
Room 1452  
Dallas, TX 75242

    No. 14-11368    USA v. Wayne Sweeney  
                            USDC No. 3:13-CR-446-1

Dear Ms. Langford,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume that the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

If you do not file the transcript within the 30 day period, a 10% discount will be invoked. **If you require any additional time to file the transcript, you must file a motion setting out the reasons for the extension prior to the expiration of the discount date. A request for extension to file the transcript does not waive the mandatory fee reduction. You must separately request and justify your need to obtain a fee reduction waiver.**

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Melissa B. Courseault, Deputy Clerk  
                                      504-310-7701

Enclosure(s)

cc:  
    Ms. Lydia M. Brandt  
    Mr. James Wesley Hendrix  
    Ms. Karen S. Mitchell