**United States District Court
for the Northern District of Texas**

_Northern_ Division

| | |
|---|---|
| **United States of America,** *Plaintiff,* | Pollock FCI<br>Place of Confinement |
| v. | 21770-078<br>Prisoner ID Number |
| Wayne J Sweeney<br>*Defendant.* | 3:13-CR-0446-P<br>Criminal Case Number |

*Filed stamp: CLERK US DISTRICT COURT NORTHERN DIST. OF TX FILED 2015 MAR 10 PM 12:43 DEPUTY CLERK*

### Defendant's Motion and Questionnaire for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)

**Instructions - Read Carefully**

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5th
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 14A20
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   U.S. District Court Northern District of Texas
   Earle Cabell Federal Bldg Dallas, TX

2. Date(s) of sentence and judgment of conviction:

   12-10-2014

3. Are you currently in prison for this sentence?

   X  Yes _____ No

4. If so, when is your projected date of release?

   8-17-2021

5. Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program? Im involved in a 12 hour program and waiting on my appointment for the R-DAP program.

6. Are you currently on supervised release?  _____ Yes  X  No

7. Are you currently in prison because you violated your supervised release?

   _____ Yes  X  No

8. Is your case currently on appeal?  X  Yes _____ No

9. Offense(s) for which you were convicted (all counts):

   Conspiracy to deliver a controlled substance

Page 2 of 4

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

    __X__ Yes   _____ No   _____ Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

    _____ Yes   _____ No   __X__ Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

    __X__ Yes   _____ No   _____ Don't know   *but my Attorney told me he might get the Sentence Reduced at Sentencing*

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    *Angry management, Parenting, etiquete and Communications, Conversation in Spanish*

Page 3 of 4

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this ____March 9____, 201_5_.

_____
Signature of Defendant

__Wayne J. Sweeney__
Printed Name

__21770-078__
BOP No.

__FCI Pollock__
Federal Correctional Institution (if applicable)

__P.O. Box 4050__
Address

__Pollock, LA 71467__
City, State & Zip Code