IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:13-CR-446-P |
| WAYNE JOSEPH SWEENEY | |

## FINAL ORDER OF FORFEITURE

Before the court is the government's Motion and Brief for Issuance of a Final Order of Forfeiture, filed April 7, 2015. After consideration, the court determines that the motion should be and is hereby **granted**.

The court entered a preliminary order of forfeiture pursuant to 21 U.S.C. § 853(a), forfeiting the following ("the property") from Wayne Joseph Sweeney ("the defendant"):

a. LEFT BLANK

b. Approximately $299,781.00 in United States currency seized during a traffic stop by the Texas Department of Public Safety on or about October 15, 2013. [14-DEA-590433]

c. Approximately $114,209.84 in United States Currency seized from Hostile Pipes on October 16, 2013. [14-DEA-589889]

d. Approximately $14,000 in United States currency seized from Sherry Kay Thomas on or about October 24, 2013. [14-DEA-590350]

e. Approximately $182,309.29 in funds seized from the Comerica Bank account ending in numbers 4103 on or about October 18, 2013. [14-DEA-590381]

f. Approximately $2,520.15 in funds seized from the Comerica Bank account ending in numbers 4145 on or about October 18, 2013. [14-DEA-590804]

g. Approximately $13,040.43 in funds seized from the Comerica Bank account ending in numbers 4095 on or about October 18, 2013. [14-DEA-590805]

h. Approximately $203,170.24 in funds seized from the North Dallas Bank and Trust account ending in numbers 2414225 on or about October 22, 2013. [14-DEA-590192]

i. Approximately $50,000.00 in funds seized from the Dallas Bank and Trust account ending in numbers 1283845 on or about October 18, 2013. [14-DEA-590079]

j. Gents Rolex Model 118389 18K watch and bracelet, serial no. K599394, with Rolex watch box. [14-DEA-590277]

k. Gents 14K Concord watch seized on or about October 18, 2013. [14-DEA-590222]

l. 1970 Pontiac Firebird, VIN 226870L108197. [14-DEA-591194]

m. 1969 Pontiac GTO, VIN 242379Z111117. [14-DEA-591195]

n. 1968 Pontiac GTO, VIN 242378P184569. [14-DEA-591197]

o. 1963 Chevrolet Impala, VIN 31867J180167. [14-DEA-591198]

p. All funds contained in and credited to (1) the financial account(s) maintained pursuant to on-demand monetary bailment agreement numbers 4052214614 and 4056404494; (2) the financial account(s) maintained pursuant to the securities and commercial commission custody agreement number 466324; and (3) the Endowment Savings Account with number 6002601356, with and at HSBC Mexico, S.A. (including HSBC Financial Group) in the name of or wholly or partially controlled, as signatory, by Wayne Joseph Sweeney (a/k/a Wayne Sweeney). [14-DEA-594517]

q. The real property located at 6023 Blue Mist Lane, Dallas, Texas, more specifically described as Lot 1, Block B/8194 of Prestonwood No. 16, an addition to the City of Dallas, Dallas County, Texas, according to the plat thereof recorded in Volume 77152, Page 2167, Map Records, Dallas County, Texas. [14-DEA-595468]

r. Particular real property located in the Republic of Mexico, specifically described (in Spanish) as PREDIO NUMERO DOCE DE LA CALLE QUETZAL, UBICADO EN EL CAMPO DE GOLF, SECCION 8, ZONA TURISTICA DE ESTA CIUDAD, ACTUALMENTE IDENTIFICADO COMO LOTE NUMERO

DOCE DE LA CALLE QUETZAL, SECCION B, MANZANA CUARENTA Y CINCO ZONATURISTICA DE CANCUN, QUINTANA ROO. [14-DEA-606558]

s. Approximately $13,978.83 in funds seized from the Comerica Bank account ending in numbers 8036 on or about November 7, 2013. [14-DEA-590991]

t. Approximately $8,184.53 in funds seized from the Comerica Bank accounts ending in numbers 6993 and 6977 on or about October 18, 2013. [14-DEA-590333]

The government, through United States Marshals Service, has seized and is maintaining custody of items b. through o., q., s., and t. of the property. The government, through United States Marshals Service, has posted notice of the forfeiture of item q. at/on that real property.

The government has properly published notice of the property's forfeiture. And the government has properly sent notice of the property's forfeiture, including a copy of the preliminary order of forfeiture, to Sherry Kay Thomas, Binduben Rasik Chauhan, Comerica Bank, Ard's Storage, and North Dallas Bank.

The time for filing petitions under 21 U.S.C. § 853(n) has expired; only one petition has been filed, by Dallas County Texas, Parkland Hospital District, Dallas County Community College District, Dallas County School Equalization fund, and City of Dallas ("the Taxing Authorities"); and the court has granted that petition.

The defendant's sentence and judgment of conviction included the property's forfeiture.

It is therefore ordered that all right, title, and interest to the property are forfeited to the government to be disposed of according to law.

It is further ordered that the United States Marshals Service (or its designee) shall seize, maintain, and dispose of the property pursuant to law.

It is further ordered that the government shall, through the United States Marshals Service, pay the Taxing Authorities the *ad valorem* taxes assessed on the property through the date of a final order of forfeiture, together with interest as allowed by law.

**It is so ordered** this 15th day of April 2015.

JORGE A. SOLIS
CHIEF JUDGE