# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 03, 2015

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

     No. 14-11368   USA v. Wayne Sweeney
                          USDC No. 3:13-CR-446-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Shawn D. Henderson, Deputy Clerk
                                   504-310-7668

cc w/encl:
    Ms. Lydia M. Brandt
    Mr. James Wesley Hendrix

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-11368
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

A True Copy
Certified order issued Jun 03, 2015

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

v.

WAYNE JOSEPH SWEENEY,

     Defendant - Appellant

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas

_____

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of June 03, 2015, pursuant to appellant's motion.

          LYLE W. CAYCE
          Clerk of the United States Court
          of Appeals for the Fifth Circuit

          By: _____
          Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT