**ORIGINAL**

Wayne Joseph Sweeney
Reg. No. 21770-078
Federal Correctional Complex
Post Office Box 4050
Pollock, Louisiana 71467



Office of the Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242-1310

November 6, 2015

In re: U.S.A. v. Wayne Joseph Sweeney
Dkt. No. 3:13-cr-00446-P

Dear Clerk:

This letter is in regards to the above styled criminal case. I was the defendant in this case. I need copies of these documents: (Dkt No's. 82 and 83). I would like to obtain a copy of these documents. If there is any cost or fees associated with my request please advise me.
Thank you for your attention in this matter.

Sincerely yours,

Wayne Joseph Sweeney

Wayne Sweeney 21770078
Federal Corrections Institution
P.O. Box 4050
Pollock, LA 71467

RECEIVED-4
NOV 13 2015
MAILROOM

Office of The clerk
United States District Court
Northen District of Texas
1100 Commerce Street
Dallas TX 75242-1310

SHREVEPORT LA 710
09 NOV 2015 PM 3 L

7524281310

