# U.S Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for "Service of Process by the U.S Marshal"



US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2015 MAY 14 PM 3:47

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:13-CR-446-P |
| DEFENDANT | TYPE OF PROCESS |
| WAYNE JOSEPH SWEENEY | Final Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

The real property located at 6023 Blue Mist Lane, Dallas, Texas, more specifically described at Lot 1, Block B/8194 of Prestonwood No. 16, an addition to the City of Dallas, Dallas County, Texas, according to the plat thereof recorded in Volume 77152, Page 2167, Map Records, Dallas County, Texas. (14-DEA-595468)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John J. de la Garza III
Assistant United States Attorney
1100 Commerce Street; Suite 300
Dallas, Texas 75242

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.

2016 APR 20 PM 2:03 DEPUTY CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER
(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Pursuant to the Final Order of Forfeiture filed April 15, 2015, the USMS to dispose of the property according to law. Per Order of Adjudication filed 3/4/15, the government shall pay the ad valorem taxes assessed on the property through the date of a final order of forfeiture together with interest as allowed by law.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ John J de la Gaza/ by J Pearre | | (214) 659-8629 | 05/13/15 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | Michael De[...] | 5/15/15 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/17/16
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Gail Anderson

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund) |
|---|---|---|---|---|---|
| $8.00 | 0 | 0 | $8.00 | 0 | 0 |

**REMARKS:** The above listed asset was sold on 10/06/2015 per Final Order of Forfeiture. The proceeds were deposited into the Asset Forfeitiure Fund.

PRIOR EDITIONS MAY BE USED

FORM USM-285